

**FILED**
OCT 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-586-online
10/03

# United States District Court
# For the District of Columbia

| | |
|---|---|
| Ablaise Ltd. | ) |
| | ) |
| vs                    Plaintiff | ) Civ Case: 1:07-cv-01836 |
| Navteq Corp., FedEx Corp., General Motors Corp., Alaska Air Group, Inc., and Circuit City Stores, Inc. | ) Assigned To : Robertson, James |
| | ) Assign. Date : 10/11/2007 |
| | ) Description: General Civil |
| Defendant | ) |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Ablaise Ltd.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Ablaise Ltd.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

#427010
BAR IDENTIFICATION NO.

Jeffrey J. Downey, Esq. - Downey McGrath Group, Inc.
Print Name

1225 I Street NW, Suite 600
Address

Washington, D.C. 20005
City          State          Zip Code

202-789-1110
Phone Number

3