## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABLAISE LTD )<br>40 Queen Anne Street )<br>London W1G 9EL, )<br>United Kingdom )<br>)<br>      Plaintiff, )<br>v. )<br>)<br>NAVTEQ CORP. )<br>222 Merchandise Mart, Suite 900 )<br>Chicago, Illinois 60654 )<br>)<br>FEDEX CORP. )<br>942 S. Shady Grove Rd. )<br>Memphis, Tennessee 38120 )<br>)<br>GENERAL MOTORS CORP. )<br>300 Renaissance Center )<br>Detroit, Michigan 48265 )<br>)<br>ALASKA AIR GROUP, INC. )<br>19300 International Blvd. )<br>Seattle, Washington 98188 )<br>)<br>CIRCUIT CITY STORES, INC. )<br>9950 Maryland Dr. )<br>Richmond, Virginia 23233 )<br>)<br>      Defendants. ) | Civil Action No. 1:07-cv-01836<br><br>Judge James Robertson<br><br>**JURY TRIAL DEMANDED** |

## **NOTICE OF ENTRY OF APPEARANCE**

I, Eric S. Jackson, duly licensed in and a member in good standing of the United States District Court for the District of Columbia, hereby give notice to all parties of my appearance on behalf of Plaintiff Ablaise Ltd. in this matter.

- 2 -

    Respectfully submitted,

    s/ Eric S. Jackson
    Eric S. Jackson (#446657)
    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
    800 LaSalle Avenue
    2800 LaSalle Plaza
    Minneapolis, MN  55402
    Phone: (612) 349-8500
    Fax:    (612) 339-4181

    **ATTORNEYS FOR ABLAISE LTD.**

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Notice of Entry of Appearance were served this 25th day of October, 2007 via first class mail, postage prepaid, to the following:

Lawrence M. Kaplan
Senior Vice President, General Counsel & Secretary
Navteq Corp.
425 W. Randolph
Chicago IL 60606

E. Chris Cherry
Senior Counsel – Legal Marketing & IP
FedEx Corporation
Building B, 3rd Floor
3620 Hacks Cross Road
Memphis, TN 38125

Timothy J. Marsh
Intellectual Property Counsel
General Motors Corporation
300 Renaissance Center
Detroit, MI 48265

J. Christopher Carraway
Klarquist Sparkman, LLP
1600 One World Trade Center
121 SW Salmon Street
Portland, OR 97204-2988

Charles M. Allen
Goodman Allen & Filetti PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, VA 23060

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served this 25th day of October, 2007 via the ECF system on the following:

Jeffrey J. Downey (#427010)
Law Office of Jeffrey J. Downey
1225 I Street NW, Suite 600
Washington, D.C. 20005

s/ Eric S. Jackson
Eric S. Jackson

- 3 -