UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABLAISE LTD.                    ) | |
|           Plaintiff,    ) | |
| )                               | |
| v.                              ) | Civil Action No. 1:07-cv-01836 |
| )                               | |
| NAVTEQ CORP.                    ) | Judge James Robertson |
| )                               | |
| FEDEX CORP.                     ) | **JURY TRIAL DEMANDED** |
| )                               | |
| FEDEX CORPORATE SERVICES INC.   ) | |
| )                               | |
| GENERAL MOTORS CORP.            ) | |
| )                               | |
| ALASKA AIR GROUP, INC.          ) | |
| )                               | |
| CIRCUIT CITY STORES, INC.       ) | |
| )                               | |
|           Defendants.  | |

**MOTION PURSUANT TO LOCAL DISTRICT COURT
RULE 83.2(d) FOR ADMISSION *PRO HAC VICE***

Eric S. Jackson (the "Movant"), a member in good standing of the District of Columbia Bar admitted to practice before the United States District Court for the District of Columbia, respectively moves the Court to enter an Order permitting Jake M. Holdreith of Robins, Kaplan, Miller & Ciresi L.L.P., to practice *pro hac vice* before the United States District Court for the District of Columbia. In support of this motion, the Movant respectfully represents as follows:

(1)     Jake M. Holdreith is a member of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., which maintains an office at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, (612) 349-8500;

(2)     Mr. Holdreith is admitted to practice before among others, the United States District Court for the District of Minnesota and is a member in good standing of the Minnesota Bar;

MP3 20245838.1

(3) Attached hereto is a declaration executed by Mr. Holdreith;

(4) The Movant requests that this Court allow this Motion so that Mr. Holdreith may file pleadings and appear and be heard at any hearing in this proceeding;

(5) The Movant, a member of the firm that Mr. Holdreith practices with, has a CM/ECF username and password, has undergone training, and agrees to file documents electronically; and

(6) Because the authorities relied upon for the instant motion are set forth herein, Plaintiff respectfully requests that this Honorable Court waive the requirement of a written memorandum pursuant to Local Rule 7.1.

WHEREFORE, the Movant respectfully requests this Court to enter an Order permitting Jake M. Holdreith to appear in this proceeding.

Dated: November 7, 2007                                  Respectfully submitted,

s/Eric S. Jackson
Jeffrey J. Downey, Esq. #427010
THE LAW OFFICES OF JEFFREY J. DOWNEY
1225 I Street NW, Suite 600
Washington, DC  20005
Ph: (202) 789-1110
Fx: (202) 789-1116

Eric S. Jackson #446657
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 La Salle Avenue
Minneapolis, MN  55402-2015
Ph: (612) 349-8500
Fx: (612) 339-4181

Attorneys for Plaintiff ABLAISE LTD.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Motion Pursuant To Local District Court Rule 83.2(D) For Admission *Pro Hac Vice* was served this 7th day of November, 2007 via the ECF system to the following:

Kenneth W. Curtis  
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.  
901 New York Ave.  
Washington D.C. 20001

                                                s/Eric S. Jackson  
                                                Eric S. Jackson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABLAISE LTD. )<br>             Plaintiff, )<br>)<br>v. )<br>)<br>NAVTEQ CORP. )<br>)<br>FEDEX CORP. )<br>)<br>FEDEX CORPORATE SERVICES INC. )<br>)<br>GENERAL MOTORS CORP. )<br>)<br>ALASKA AIR GROUP, INC. )<br>)<br>CIRCUIT CITY STORES, INC. )<br>)<br>             Defendants. ) | Civil Action No. 1:07-cv-01836<br><br>Judge James Robertson<br><br>**JURY TRIAL DEMANDED** |

## **DECLARATION OF JAKE M. HOLDRIETH**

I, Jake M. Holdrieth, hereby request permission to appear pro hac vice on behalf of Plaintiff Ablaise Ltd. in the above referenced matter. My office address and telephone numbers are as follows:

Office Address:             Robins, Kaplan, Miller & Ciresi L.L.P.
                                        2800 LaSalle Plaza
                                        800 LaSalle Avenue
                                        Minneapolis, MN  55402-2015

Office Telephone No.:       (612) 349-8500

I am admitted to practice in the following courts:

| Court | Location | Date of Admission |
|---|---|---|
| State of Minnesota | | 1990 |
| Minnesota Supreme Court | | 1990 |
| United States Court of Appeals | Eleventh Circuit | 1995 |
| United States Court of Appeals | Federal Circuit | 1997 |
| United States District Court | District of Minnesota | 1991 |
| United States District Court | District of Colorado | 1998 |
| United States District Court | Western District of Wisconsin | 1996 |

MP3 20245840.1

I am in good standing and eligible to practice in all courts to which I am admitted. I have never been disciplined by any bar. I have been admitted to practice in the state of Iowa, but my admission is inactive.

I am admitted *pro hac vice* to the bar of the United States District Court for the District of Columbia for Dow Jones Co., Inc. v. Ablaise Ltd., Docket No. 06-1014 (JR), and Dow Jones Reuters Business Interactive, LLC, d/b/a Factiva v. Ablaise Ltd., Docket No. 06-1015 (JR). I have not been admitted *pro hac vice* to the bar of this Court for any other matters in the past two years.

I make the foregoing statements under penalty of perjury


Dated: November 7, 2007               \_s/Jake M. Holdreith_____
                                      Jake M. Holdrieth

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABLAISE LTD. ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-01836 |
| ) | |
| NAVTEQ CORP. ) | Judge James Robertson |
| ) | |
| FEDEX CORP. ) | **JURY TRIAL DEMANDED** |
| ) | |
| FEDEX CORPORATE SERVICES INC. ) | |
| ) | |
| GENERAL MOTORS CORP. ) | |
| ) | |
| ALASKA AIR GROUP, INC. ) | |
| ) | |
| CIRCUIT CITY STORES, INC. ) | |
| ) | |
|       Defendants. ) | |

## ORDER AUTHORIZING PRO HAC VICE ADMISSION

Upon the Motion of Eric S. Jackson, a member in good standing of the Bar of the District of Columbia admitted to practice before the United States District Court for the District of Columbia, seeking the entry of an Order permitting Jake M. Holdreith of Robins, Kaplan, Miller & Ciresi L.L.P., to practice *pro hac vice* before the United States District Court for the District of Columbia and to represent Plaintiff Ablaise, Ltd. in this proceeding, therefore;

IT IS on this _____ day of _____, 2007;

ORDERED, that Jake M. Holdreith, of the firm of Robins, Kaplan, Miller & Ciresi L.L.P., which maintains an office at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, be and hereby is granted admission to appear *pro hac vice* in this proceeding.

                                                _____
                                                United States District Court Judge