UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABLAISE LTD.,<br>   Plaintiff,<br><br>v.<br><br>NAVTEQ CORP.<br><br>FEDEX CORP.<br><br>FEDEX CORPORATE SERVICES INC.<br><br>GENERAL MOTORS CORP.<br><br>ALASKA AIR GROUP, INC.<br><br>CIRCUIT CITY STORES, INC.<br><br>   Defendants. | Civil Action No. 1:07-cv-01836<br><br>Judge James Robertson<br><br>**JURY TRIAL DEMANDED** |

**MOTION PURSUANT TO LOCAL DISTRICT COURT
<u>RULE 83.2(d) FOR ADMISSION *PRO HAC VICE*</u>**

Eric S. Jackson (the "Movant"), a member in good standing of the District of Columbia Bar admitted to practice before the United States District Court for the District of Columbia, respectively moves the Court to enter an Order permitting Patrick M. Arenz of Robins, Kaplan, Miller & Ciresi L.L.P., to practice *pro hac vice* before the United States District Court for the District of Columbia. In support of this motion, the Movant respectfully represents as follows:

  (1)  Patrick M. Arenz is a member of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., which maintains an office at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, (612) 349-8500;

  (2)  Mr. Arenz is admitted to practice before among others, the United States District Court for the District of Minnesota and is a member in good standing of the Minnesota Bar.

  (3)  Attached hereto is a declaration executed by Mr. Arenz ;

(4) The Movant requests that this Court allow this Motion so that Mr. Arenz may file pleadings and appear and be heard at any hearing in this proceeding;

(5) The Movant, a member of the firm that Mr. Holdreith practices with, has a CM/ECF username and password, has undergone training, and agrees to file documents electronically; and

(6) Because the authorities relied upon for the instant motion are set forth herein, Plaintiff respectfully requests that this Honorable Court waive the requirement of a written memorandum pursuant to Local Rule 7.1.

WHEREFORE, the Movant respectfully requests this Court to enter an Order permitting Patrick M. Arenz to appear in this proceeding.

Dated: November 7, 2007                Respectfully submitted,

                                           ___s/Eric S. Jackson_____
Jeffrey J. Downey, Esq. #427010
THE LAW OFFICES OF JEFFREY J. DOWNEY
1225 I Street NW, Suite 600
Washington, DC 20005
Ph: (202) 789-1110
Fx: (202) 789-1116

Eric S. Jackson #446657
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 La Salle Avenue
Minneapolis, MN 55402-2015
Ph: (612) 349-8500
Fx: (612) 339-4181

Attorneys for Plaintiff ABLAISE LTD.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Motion Pursuant To Local District Court Rule 83.2(D) For Admission *Pro Hac Vice* was served this 7th day of November, 2007 via the ECF system to the following:

Kenneth W. Curtis
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Ave.
Washington D.C. 20001

                                        s/ Eric S. Jackson
                                        Eric S. Jackson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABLAISE LTD. | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-01836 |
| | ) | |
| NAVTEQ CORP. | ) | Judge James Robertson |
| | ) | |
| FEDEX CORP. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| FEDEX CORPORATE SERVICES INC. | ) | |
| | ) | |
| GENERAL MOTORS CORP. | ) | |
| | ) | |
| ALASKA AIR GROUP, INC. | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | |
| | ) | |
|       Defendants. | | |

## DECLARATION OF PATRICK M. ARENZ

I, Patrick M. Arenz, hereby request permission to appear pro hac vice on behalf of Plaintiff Ablaise Ltd. in the above referenced matter. My office address and telephone number are as follows:

    Office Address:               Robins, Kaplan, Miller & Ciresi L.L.P.
                                              2800 LaSalle Plaza
                                              800 LaSalle Avenue
                                              Minneapolis, MN  55402-2015

    Office Telephone No.:         (612) 349-8591

I am admitted to practice in the following courts:

| Court | Location | Date of Admission |
|---|---|---|
| Minnesota Supreme Court | | October 27, 2006 |
| United States District Court | District of Minnesota | December 16, 2006 |

I am in good standing and eligible to practice in all courts to which I am admitted. I have never been disciplined by any bar.

I am admitted *pro hac vice* to the bar of the United States District Court for the District of Columbia for Dow Jones Co., Inc. v. Ablaise Ltd., Docket No. 06-1014 (JR), and Dow Jones Reuters Business Interactive, LLC, d/b/a Factiva v. Ablaise Ltd., Docket No. 06-1015 (JR). I have not been admitted *pro hac vice* to the bar of this Court for any other matters in the past two years.

I make the foregoing statements under penalty of perjury.

Dated: November 7, 2007                                  _s/Patrick M. Arenz_____
                                                         Patrick M. Arenz

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABLAISE LTD. )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NAVTEQ CORP. )<br>)<br>FEDEX CORP. )<br>)<br>FEDEX CORPORATE SERVICES INC. )<br>)<br>GENERAL MOTORS CORP. )<br>)<br>ALASKA AIR GROUP, INC. )<br>)<br>CIRCUIT CITY STORES, INC. )<br>)<br>    Defendants. ) | Civil Action No. 1:07-cv-01836<br><br>Judge James Robertson<br><br>**JURY TRIAL DEMANDED** |

### ORDER AUTHORIZING PRO HAC VICE ADMISSION

Upon the Motion of Eric S. Jackson, a member in good standing of the Bar of the District of Columbia admitted to practice before the United States District Court for the District of Columbia, seeking the entry of an Order permitting Patrick M. Arenz of Robins, Kaplan, Miller & Ciresi L.L.P., to practice *pro hac vice* before the United States District Court for the District of Columbia and to represent Plaintiff Ablaise, Ltd. in this proceeding, therefore;

IT IS on this _____ day of _____, 2007;

ORDERED, that Patrick M. Arenz, of the firm of Robins, Kaplan, Miller & Ciresi L.L.P., which maintains an office at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, be and hereby is granted admission to appear *pro hac vice* in this proceeding.

                       _____
                       United States District Court Judge