**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ABLAISE, LTD., | ) | |
|         Plaintiff, | ) | Civil Action No.: 1:07-CV-01836 |
| | ) | |
| v. | ) | Judge James Robertson |
| | ) | |
| NAVTEQ CORP., FEDEX CORP., GENERAL MOTORS CORP., ALASKA AIR GROUP, INC., AND CIRCUIT CITY STORES, INC. | ) ) ) | |
| | ) | |
|         Defendants. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Kenneth W. Curtis ("Movant"), a member in good standing of the bar of this Court and counsel of record for Defendant, FedEx Corporation, respectfully moves this Court pursuant to Local Rule 83.2(d) for an Order permitting Linda J. Thayer to the bar of this Court *pro hac vice*.

As grounds for this motion, Movant states that Ms. Thayer is an attorney who regularly practices law in the Northern District of California as counsel for Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P, at its offices at 3300 Hillview Avenue, Palo Alto, CA 94304-1203, (650) 849-6600. She is admitted to practice before, and a member in good standing of, the Bar of the State of California, among others. A declaration executed by Ms. Thayer accompanies this motion.

WHEREFORE, Movant respectfully requests that this Court enter an Order permitting Linda J. Thayer to appear *pro hac vice* before it, for the purposes of the above-captioned matter.

2

Dated:  November 9, 2007                    Respectfully submitted,

           /s/ Kenneth W. Curtis
Kenneth W. Curtis (DC Bar #345256)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington, DC  20001-4413
Tel:  (202) 408-4000
Fax:  (202) 408-4400

Attorneys for Defendant
FEDEX CORPORATION

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ABLAISE, LTD., | ) | |
| Plaintiff, | ) | Civil Action No.: 1:07-CV-01836 |
| | ) | |
| v. | ) | Judge James Robertson |
| | ) | |
| NAVTEQ CORP., FEDEX CORP., GENERAL MOTORS CORP., ALASKA AIR GROUP, INC., AND CIRCUIT CITY STORES, INC. | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF LINDA J. THAYER, ESQ.**

**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, LINDA J. THAYER, hereby request permission to appear *pro hac vice* on behalf of Defendant, FedEx Corp., in the above-captioned matter. In support thereof, and pursuant to Local Civil Rule 83.2(d), state as follows:

1. My full name is Linda J. Thayer;

2. I am an attorney practicing law at Finnegan Henderson Farabow Garrett & Dunner, 3300 Hillview Avenue, Palo Alto, CA 94304-1203. My office telephone number is (650) 849-6600;

3. I am a current member of the bars of the state of California and the District of Columbia. I am also admitted to practice in the following courts:

| Court | Location | Date of Admission |
|---|---|---|
| United States District Court | Northern District of California | December 18, 1998 |
| United States District Court | Southern District of California | February 25, 1999 |
| United States District Court | Central District of California | June 14, 2000 |
| United States District Court | Eastern District of California | May 4, 2001 |
| United States Court of Appeals | Federal Circuit | December 8, 2004 |

4. I am in good standing and eligible to practice in all courts to which I am admitted and I have never been disciplined by any bar; and

5. I have not been admitted *pro hac vice* to the bar of the United States District Court for the District of Columbia during the past two years.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Dated:  November 9, 2007                    Respectfully submitted,

/s/ Linda J. Thayer
Linda J. Thayer (CBN #195,115)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Tel:  (650) 849-6600
Fax:  (650) 849-6666

Attorneys for Defendant
FEDEX CORPORATION

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABLAISE LTD., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NAVTEQ CORP., FEDEX CORP., GENERAL )<br>MOTORS CORP., ALASKA AIR GROUP, )<br>INC., CIRCUIT CITY STORES, INC., )<br>)<br>    Defendants. ) | Case No.: 1:07-CV-01836 |

## [PROPOSED] ORDER AUTHORIZING *PRO HAC VICE* ADMISSION

Upon the Motion of Kenneth W. Curtis., a member in good standing of the Bar of the District of Columbia, admitted to practice before the United States District Court for the District of Columbia, seeking the entry of an Order permitting Linda J. Thayer of Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P., to practice *pro hac vice* before the United States District Court for the District of Columbia to represent Defendant FedEx Corp., in this proceeding, therefore;

IT IS on this _____ day of _____, 2007;

ORDERED, that Linda J. Thayer, of the firm of Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P., which maintains an office at 3300 Hillview Avenue, Palo Alto, CA 94304-1203, be and hereby is granted admission to appear *pro hac vice* in this proceeding.

_____
United States District Court Judge