UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABLAISE LTD., | : |
|     Plaintiff, | : |
|     v. | : Civil Action No. 07-1836 (JR) |
| NAVTEQ CORP., *et al.*, | : |
|     Defendants. | : |

### ORDER

Upon consideration of plaintiff's motions for the *pro hac vice* appearances of Cyrus A. Morton [9], Jake M. Holdreith [10], Patrick M. Arenz [11] and Ronald J. Schutz [12], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


JAMES ROBERTSON
United States District Judge