UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABLAISE LTD.,                       :
                                    :
      Plaintiff,              :
                                    :
  v.                                : Civil Action No. 07-1836 (JR)
                                    :
NAVTEQ CORP., *et al.*,             :
                                    :
      Defendants.             :

### ORDER

Upon consideration of defendant Fedex Corp.'s motion for the *pro hac vice* appearance of Linda J. Thayer [13], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                      JAMES ROBERTSON
                         United States District Judge