DEC.06'2007 16:25 202 789 1116      Downey McGrath Group Inc      #4688 P.003/004

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ablaise Ltd.

**SUMMONS IN A CIVIL CASE**

V.

NAVTEQ CORP.,
FEDEX CORP.,
FEDEX CORP. SERVICES INC.,
GENERAL MOTORS CORP.,
ALASKA AIR GROUP, INC.
CIRCUIT CITY STORES, INC.

CASE NUMBER: 1:07-CV-01836 JR

TO: (Name and address of Defendant)

FedEx Corporate Services, Inc.
Through its registered agent:

C T Corporation System
1015 15th Street N.W., Suite 1000
Washington D.C. 20005

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric S. Jackson, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
612-349-8500 phone
612-339-4181 fax

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                               NOV 29 2007

CLERK                                                        DATE

/s/ Laura Chrisley

(By) DEPUTY CLERK

DEC.06'2007 16:25  202 789 1116        Downey McGrath Group Inc         #4688 P.004/004

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ablaise Ltd.

vs.

NAVTEQ Corp., et al.

No. 1:07-CV-01836 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

   I, AMBIKO GUICE, having been duly authorized to make service of the Summons, First Amended Complaint for Patent Infringement and Exhibit A in the above entitled case, hereby depose and say:

   That my date of birth / age is 11-03-1974.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 2:05 pm on November 29, 2007, I served FedEx Corporate Services, Inc. c/o CT Corporation System, Registered Agent at 1015 15th Street, NW, Suite 1000, Washington, DC 20005 by serving Anthony Serrette, Fulfillment Specialist, authorized to accept. Described herein:

   SEX- MALE
   AGE- 45
   HEIGHT- 5'9"
   HAIR- BLACK
   WEIGHT- 165
   RACE- BLACK

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 11-29-07
             Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 198064