AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ablaise Ltd.

**SUMMONS IN A CIVIL CASE**

V.

NAVTEQ CORP.,
FEDEX CORP.,
GENERAL MOTORS CORP.,
ALASKA AIR GROUP, INC.
CIRCUIT CITY STORES, INC,

CASE NUMBER: 1:07-CV-01836 JR

TO: (Name and address of Defendant)

Circuit City Stores, Inc.
Through its registered agent:

Prentice Hall Corporation System, Inc.
1090 Vermont Avenue N.W.,
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric S. Jackson, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
612-349-8500 phone
612-339-4181 fax

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    OCT 25 2007
CLERK                                       DATE

*Jackie Francis*
(By) DEPUTY CLERK

DEC.12'2007 15:39  202 789 1116        Downey McGrath Group Inc        #4735 P.004/004

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ablaise Ltd.

vs.

NAVTEQ Corp., et al.

No. 1:07-CV-01836 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons and First Amended Complaint for Patent Infringement with Attachments in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:46 pm on December 3, 2007, I served Circuit City Stores, Inc. c/o Prentice Hall Corporation System, Inc., Registered Agent at 1090 Vermont Avenue, NW, Suite 430, Washington, DC 20005 by serving Renee Rice, Team Leader, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     52
HEIGHT-  6'0"
HAIR-    BLACK
WEIGHT-  175
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on __12-5-07__
              Date

*Wesley Jennings*
WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 198237