**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ABLAISE LTD, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07cv01836 |
| | ) | |
| NAVTEQ CORP. et al. | ) | Judge James Robetson |

**DEFENDANT CIRCUIT CITY STORES, INC.'S DISCLOSURE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendant CIRCUIT CITY STORES, INC. ("Circuit City"), by counsel, hereby submits the following disclosure as required by Rule 7.1, Federal Rules of Civil Procedure:

Circuit City Stores, Inc. is a publicly traded company which has no parent corporation and no publicly traded corporation owns 10% or more of its stock.

DATED:  December 20, 2007                    Respectfully submitted,

                                             */s/ Charles M. Allen*

                                             **Counsel for Defendant
                                             CIRCUIT CITY STORES, INC.**

Charles M. Allen, Esquire (VSB No. 30183) (U.S. Dist. Ct. Bar No. (D.D.C.) MI0004)
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
Telephone:     (804) 346-0600
Facsimile:     (804) 346-5954

1