AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ablaise Ltd.

SUMMONS IN A CIVIL CASE

V.

NAVTEQ CORP.,
FEDEX CORP.,
GENERAL MOTORS CORP.,
ALASKA AIR GROUP, INC,
CIRCUIT CITY STORES, INC.

CASE NUMBER: 1:07-CV-01836 JR

TO: (Name and address of Defendant)

General Motors Corp.
Through its registered agent:

C T Corporation System
1015 15th Street N.W. Ste. 1000,
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric S. Jackson, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
612-349-8500 phone
612-339-4181 fax

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                          OCT 25 2007  OCT 25 2007

CLERK                                            DATE

_Jackie Frand_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ablaise Ltd.

vs.

NAVTEQ Corp., et al.

No. 1:07-CV-01836 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, First Amended Complaint for Patent Infringement and Exhibits A-B in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:54 am on December 11, 2007, I served General Motors Corp. c/o CT Corporation System, Registered Agent at 1015 15th Street, NW, Suite 1000, Washington, DC 20005 by serving Louis Lance, Fulfillment Specialist, authorized to accept. Described herein:

```
    SEX-   MALE
    AGE-   40
 HEIGHT-   5'8"
   HAIR-   BLACK/GRAY
 WEIGHT-   165
   RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 12/11/07
            Date

DANIEL F. PORTNOY
1827 18th Street, NW
Washington, DC 20009
Our File#- 198574