**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ABLAISE LTD, | ) | |
| | ) | Civil Action No.: 1:07-CV-01836 |
| | ) | |
| | ) | Judge James Robertson |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| NAVTEQ CORP. et al., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S REPLY TO THE COUNTERCLAIMS OF DEFENDANT CIRCUIT CITY**

Plaintiff ABLAISE LTD. ("Ablaise") replies to the counterclaims of Defendant CIRCUIT

CITY STORES, INC. ("Circuit City") as follows:

**ANSWER**

1.      Circuit City is a corporation organized under the laws of Virginia with its principal

place of business in Richmond, Virginia.

**RESPONSE:**

Admitted

2.      Ablaise is a British corporation, having its principal place of business in London,

United Kingdom.

**RESPONSE:**

Admitted

3.      This action arises under the patent laws of the United States, 35 U.S.C. §§100 et seq.

and pursuant to the statutes addressing declaratory judgments, 28 U.S.C. §§ 2201-2202.

**RESPONSE:**

Admitted

4.     This court has jurisdiction over the matter under 28 U.S.C. §§1331 and 1338.

**RESPONSE:**

Admitted

5.     Venue is properly laid in this Court under 28 U.S.C. §§ 1331 and 1338.

**RESPONSE:**

Admitted

6.     An actual case and controversy exists between Circuit City and Ablaise over whether

Circuit City is infringing or has infringed the '530 patent and whether the '530 patent is valid and

enforceable.

**RESPONSE:**

Denied that there is an actual case or controversy over whether the '530 patent is

enforceable.  Otherwise admitted.

7.     Circuit City realleges and incorporates by reference here, ¶¶ 1-6 of its

Counterclaims.

8.     Circuit City has not infringed and is not infringing, either directly or contributorily,

and it has not induced infringement of any claim of the '530 patent.

**RESPONSE:**

Denied

9.     Circuit City realleges and incorporates by reference here, ¶¶ 1-8 of its

Counterclaims.

10.     On information and belief, the claims of the '530 patent are invalid and
unenforceable because each of them fails to satisfy one or more of the necessary conditions for
patentability as specified in 35 U.S.C. §§ 102, 103, 112.

**RESPONSE:**

Denied

11.     Circuit City realleges and incorporates by reference here, ¶¶ 1-10 of its
Counterclaims.

12.     On information and belief, the '530 patent is unenforceable because of patent misuse
by Ablaise which includes its efforts to improperly control and restrain the sale of products and the
practicing of methods which are not within the scope of any valid claim of the '530 patent and
which efforts were made by Ablaise even though Ablaise was aware that the '530 patent was either
invalid or unenforceable, or when properly construed, did not cover such products or methods.

**RESPONSE:**

Denied

## AFFIRMATIVE DEFENSES

### ABLAISE'S FIRST AFFIRMATIVE DEFENSE

1.     Circuit City has failed to state a claim upon which relief may be granted for patent
misuse of the '530 patent by Ablaise.

MP3 20257247.1

Dated:  January 10, 2008　　　　　　　　Respectfully submitted,

　　 s/ Jeffrey J. Downey
Jeffrey J. Downey, Esq. #427010
THE LAW OFFICES OF
JEFFREY J. DOWNEY
1225 I Street NW, Suite 600
Washington, DC  20005
Ph:  (202) 789-1110
Fax:  (202) 789-1116

and

Ronald J. Schutz (admitted *pro hac vice*)
Jake M. Holdreith (admitted *pro hac vice*)
Eric S. Jackson #446657
Cyrus A. Morton (admitted *pro hac vice*)
Patrick M. Arenz (admitted *pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
612-349-8500

Attorneys for Plaintiff ABLAISE LTD.

MP3 20257247.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, a true and correct copy of the foregoing **Plaintiff's Reply to Counterclaims of Defendant Circuit City** was served via the ECF system to the following:

Charles M. Allen              callen@goodmanallen.com

Kenneth W. Curtis             kenneth.curtis@finnegan.com

Linda J. Thayer               linda.thayer@finnegan.com

Phillip Craig Zane            pzane@bakerdonelson.com


s/Jeffrey J. Downey
Jeffrey J. Downey

MP3 20257247.1