CO-386-online
10/03

# United States District Court
# For the District of Columbia

Ablaise Ltd. )
)
)
)
Plaintiff )    Civil Action No. 1:07-cv-01836
vs )
)
Navteq Corp., FedEx Corp., FedEx Corporate )
Services, Inc., General Motors Corp., Alaska Air )
Group, Inc., and Circuit City Stores, Inc., )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __General Motors Corporation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __General Motors Corporation__ which have any outstanding securities in the hands of the public:

General Motors Corporation
Hydrogenics Corporation
Quantum Fuel Systems Technologies Worldwide, Inc.
Suzuki Motor Corporation
United Online, Inc.
XM Satellite Radio Holdings, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

DC Bar No. 452939
BAR IDENTIFICATION NO.

Phillip C. Zane
Print Name

555 Eleventh St., NW, 6th Floor
Address

Washington, D.C.     20004
City          State          Zip Code

(202) 508-3490
Phone Number

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Certificate required by Rule LCvR 7.1 has been served on counsel of record via ECF, the electronic filing system of the United States District Court for the District of Columbia, this 22nd day of January, 2008

/s/
Phillip C. Zane, DC Bar No. 452939