**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABLAISE LTD, )<br> )<br> )<br> )<br>       Plaintiff )<br>v. )<br> )<br>NAVTEQ CORP. et al., )<br> )<br> )<br>       Defendants. ) | Civil Action No.: 1:07-CV-01836<br><br>Judge James Robertson<br><br><br><br><br>**STATUS REPORT** |

## PLAINTIFF ABLAISE'S STATUS REPORT RE CLAIMS AGAINST DEFENDANTS ALASKA AIR GROUP, INC. AND NAVTEQ CORP.

Pursuant to the Court's MINUTE ORDER, dated January 18, 2008, Plaintiff Ablaise Limited ("Ablaise") reports the following regarding its claims against Defendants Alaska Air Group, Inc. ("Alaska Air") and Navteq Corp. ("Navteq"):

1. Ablaise and Alaska Air have entered into a settlement agreement and, as such, Ablaise will not pursue its claims against Alaska Air. Ablaise hereby stipulates that Alaska Air should be dismissed as a party to this case.

2. Ablaise and Navteq are currently negotiating a settlement agreement. Ablaise has not yet served Navteq and is optimistic about reaching an agreement prior to the February 11, 2008 service deadline. However, if an agreement has not been reached by the service deadline Ablaise fully intends to serve Navteq and, accordingly, pursue its claims against Navteq.

MP3 20260148.1

| | |
|---|---|
| Dated:  January 28, 2008 | Respectfully submitted, |

  s/ Jeffrey J. Downey
Jeffrey J. Downey, Esq. #427010
THE LAW OFFICES OF
JEFFREY J. DOWNEY
1225 I Street NW, Suite 600
Washington, DC  20005
Ph:  (202) 789-1110
Fax:  (202) 789-1116

and

  s/ Patrick Arenz
Ronald J. Schutz (admitted *pro hac vice*)
Jake M. Holdreith (admitted *pro hac vice*)
Eric S. Jackson #446657
Cyrus A. Morton (admitted *pro hac vice*)
Patrick M. Arenz (admitted *pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
612-349-8500

Attorneys for Plaintiff ABLAISE LTD.

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2008, a true and correct copy of the foregoing **Status Report** was served via the ECF system to the following:

| | |
|---|---|
| Charles M. Allen | callen@goodmanallen.com |
| Kenneth W. Curtis | kenneth.curtis@finnegan.com |
| Linda J. Thayer | linda.thayer@finnegan.com |
| Phillip Craig Zane | pzane@bakerdonelson.com |

 

s/Patrick Arenz
Patrick Arenz