**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ABLAISE LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-1836 (JR) |
| NAVTEQ CORP., *et al.*, | : |
| Defendants. | : |

**ORDER**

In view of the status report filed by Ablaise on January 28, 2008 [28], it is **ORDERED** that the stay imposed by my minute order of December 14, 2007, is **vacated.** The Clerk is directed to set an initial scheduling conference pursuant to LCvR 16.4.


JAMES ROBERTSON
United States District Judge