UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABLAISE LTD, | ) |
| | ) Civil Action No.: 1:07-CV-01836 |
| | ) |
| | ) Judge James Robertson |
| Plaintiff | ) |
| v. | ) |
| | ) |
| NAVTEQ CORP. et al., | ) **STIPULATION FOR DISMISSAL WITH** |
| | ) **PREJUDICE OF DEFENDANT NAVTEQ CORP.** |
| | ) |
| Defendants. | ) |

    Having reached a settlement agreement, Plaintiff Ablaise, Ltd. hereby stipulates that Defendant Navteq Corp. be dismissed with prejudice from this case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Dated:  February 12, 2008    Respectfully submitted,

  s/ Jeffrey J. Downey
Jeffrey J. Downey, Esq. #427010
THE LAW OFFICES OF
JEFFREY J. DOWNEY
1225 I Street NW, Suite 600
Washington, DC  20005
Ph:  (202) 789-1110
Fax:  (202) 789-1116

and

  s/ Patrick Arenz
Ronald J. Schutz (admitted *pro hac vice*)
Jake M. Holdreith (admitted *pro hac vice*)
Eric S. Jackson #446657
Cyrus A. Morton (admitted *pro hac vice*)
Patrick M. Arenz (admitted *pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
612-349-8500

Attorneys for Plaintiff ABLAISE LTD.

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2008, a true and correct copy of the foregoing **Stipulation For Dismissal With Prejudice of Defendant Navteq Corp.** was served via the ECF system to the following:

| | |
|---|---|
| Charles M. Allen | callen@goodmanallen.com |
| Kenneth W. Curtis | kenneth.curtis@finnegan.com |
| Linda J. Thayer | linda.thayer@finnegan.com |
| Phillip Craig Zane | pzane@bakerdonelson.com |

s/Patrick Arenz<br>
Patrick Arenz

MP3 20261449.1