# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABLAISE LTD, | ) | Civil Action No.: 1:07-CV-01836 |
| | ) | |
| Plaintiff | ) | Judge James Robertson |
| v. | ) | |
| | ) | |
| NAVTEQ CORP. et al., | ) | **STIPULATION FOR DISMISSAL WITH** |
| | ) | **PREJUDICE OF DEFENDANT ALASKA AIR** |
| Defendants. | ) | **GROUP INC.** |
| | ) | |

Having reached a settlement agreement, Plaintiff Ablaise, Ltd. hereby stipulates that Defendant Alaska Air Group, Inc. be dismissed with prejudice from this case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Dated: February 21, 2008                                Respectfully submitted,

   s/ Jeffrey J. Downey
Jeffrey J. Downey, Esq. #427010
THE LAW OFFICES OF
JEFFREY J. DOWNEY
1225 I Street NW, Suite 600
Washington, DC  20005
Ph:  (202) 789-1110
Fax:  (202) 789-1116

and

   s/ Patrick Arenz
Ronald J. Schutz (admitted *pro hac vice*)
Jake M. Holdreith (admitted *pro hac vice*)
Eric S. Jackson #446657
Cyrus A. Morton (admitted *pro hac vice*)
Patrick M. Arenz (admitted *pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
612-349-8500

Attorneys for Plaintiff ABLAISE LTD.

## CERTIFICATE OF SERVICE

    I hereby certify that on February 21, 2008, a true and correct copy of the foregoing **Stipulation For Dismissal With Prejudice of Defendant Alaska Air Group, Inc.** was served via the ECF system to the following:

| | |
|---|---|
| Charles M. Allen | callen@goodmanallen.com |
| Kenneth W. Curtis | kenneth.curtis@finnegan.com |
| Linda J. Thayer | linda.thayer@finnegan.com |
| Phillip Craig Zane | pzane@bakerdonelson.com |

                                                  s/Patrick Arenz
                                                  Patrick Arenz