## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABLAISE LTD, | ) | Civil Action No.: 1:07-CV-01836 |
| | ) | |
| Plaintiff, | ) | Judge James Robertson |
| v. | ) | |
| | ) | |
| NAVTEQ CORP. et al., | ) | **CONSENT MOTION TO RESCHEDULE** |
| | ) | **SCHEDULING CONFERENCE** |
| Defendants. | ) | |

The undersigned counsel, representing all parties to this lawsuit, consent to rescheduling the Scheduling Conference currently set for March 5, 2008. The parties respectfully request that the Court reset the Scheduling Conference for any of the following proposed dates: April 8, 9, or 22, 2008.

Dated: February 20, 2008                    Respectfully submitted,

 s/Linda J. Thayer                                             s/ Jeffrey J. Downey
Linda Thayer #464,498                         Jeffrey J. Downey #427010
FINNEGAN, HENDERSON, FARABOW,   THE LAW OFFICES OF
   GARRETT & DUNNER, L.L.P.              JEFFREY J. DOWNEY
3300 Hillview Ave.                                  1225 I Street NW, Suite 600
Palo Alto, CA  94304                              Washington, DC  20005
                                                              Ph:  (202) 789-1110
Attorneys for FedEx Corp. and             Fax:  (202) 789-1116
   FedEx Corporate Services, Inc.
                                                              and

                                                               s/ Patrick Arenz
                                                              Ronald J. Schutz (admitted *pro hac vice*)
                                                              Jake M. Holdreith (admitted *pro hac vice*)
                                                              Eric S. Jackson #446657
                                                              Cyrus A. Morton (admitted *pro hac vice*)
                                                              Patrick M. Arenz (admitted *pro hac vice*)
                                                              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                                              2800 LaSalle Plaza
                                                              800 LaSalle Avenue
                                                              Minneapolis, MN  55402-2015
                                                              Ph:   612-349-8500
                                                              Fax:  612-339-4181

                                                              Attorneys for Plaintiff ABLAISE LTD.

MP-Primary 80004801.1

- 2 -

| | |
|---|---|
| s/Phillip C. Zane | s/Charles M. Allen |
| Phillip C. Zane #452939 | Charles M. Allen (VSB No. 30183) |
| BAKER, DONELSON, BEARMAN, | (U.S. Dist. Ct. Bar No. (D.D.C.) MI0004) |
|   CALDWELL & BERKOWITZ, PC | GOODMAN, ALLEN & FILETTI, PLLC |
| Lincoln Square, 6th Floor | 4501 Highwoods Parkway, Suite 210 |
| 555 Eleventh Street NW | Glen Allen, VA 23060 |
| Washington, D.C. 20004 | Ph:   804-346-5087 |
| Ph:   202-508-3490 | Fax: 804-346-5954 |
| Fax: 202-220-2290 | |
| | |
| Attorneys for General Motors Corporation | Attorneys for Circuit City Stores, Inc. |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABLAISE LTD, | ) | Civil Action No.: 1:07-CV-01836 |
| | ) | |
| Plaintiff, | ) | Judge James Robertson |
| | ) | |
| v. | ) | |
| | ) | |
| NAVTEQ CORP. et al., | ) | |
| | ) | |
| Defendants. | ) | |

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the Scheduling Conference is reset for April ___, 2008.

Dated this ____ of _____, 2008         _____
                                              The Honorable James Robertson

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2008, a true and correct copy of the foregoing **Consent Motion to Reschedule Scheduling Conference** was served via the ECF system to the following:

| | |
|---|---|
| Charles M. Allen | callen@goodmanallen.com |
| Kenneth W. Curtis | kenneth.curtis@finnegan.com |
| Linda J. Thayer | linda.thayer@finnegan.com |
| Phillip Craig Zane | pzane@bakerdonelson.com |

                                             <u>s/Patrick M. Arenz</u>
                                             Patrick M. Arenz

MP-Primary 80004801.1