# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABLAISE LTD, | ) | Civil Action No.: 1:07-CV-01836 |
| | ) | |
| Plaintiff, | ) | Judge James Robertson |
| v. | ) | |
| | ) | |
| NAVTEQ CORP. et al., | ) | **CONSENT MOTION TO RESCHEDULE** |
| | ) | **SCHEDULING CONFERENCE** |
| Defendants. | ) | |

The undersigned counsel, representing all parties to this lawsuit, consent to rescheduling the Scheduling Conference currently set for March 5, 2008. The parties respectfully request that the Court reset the Scheduling Conference for any of the following proposed dates: April 8, 9, or 22, 2008.

Dated: February 20, 2008

Respectfully submitted,

s/Linda J. Thayer
Linda Thayer #464,498
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
3300 Hillview Ave.
Palo Alto, CA 94304

Attorneys for FedEx Corp. and
   FedEx Corporate Services, Inc.

s/ Jeffrey J. Downey
Jeffrey J. Downey #427010
THE LAW OFFICES OF
JEFFREY J. DOWNEY
1225 I Street NW, Suite 600
Washington, DC 20005
Ph: (202) 789-1110
Fax: (202) 789-1116

and

s/ Patrick Arenz
Ronald J. Schutz (admitted *pro hac vice*)
Jake M. Holdreith (admitted *pro hac vice*)
Eric S. Jackson #446657
Cyrus A. Morton (admitted *pro hac vice*)
Patrick M. Arenz (admitted *pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Ph: 612-349-8500
Fax: 612-339-4181

Attorneys for Plaintiff ABLAISE LTD.

MP-Primary 80004801.1

- 2 -

| | |
|---|---|
| _s/Phillip C. Zane_ | _s/Charles M. Allen_ |
| Phillip C. Zane #452939 | Charles M. Allen (VSB No. 30183) |
| BAKER, DONELSON, BEARMAN, | (U.S. Dist. Ct. Bar No. (D.D.C.) MI0004) |
|   CALDWELL & BERKOWITZ, PC | GOODMAN, ALLEN & FILETTI, PLLC |
| Lincoln Square, 6th Floor | 4501 Highwoods Parkway, Suite 210 |
| 555 Eleventh Street NW | Glen Allen, VA 23060 |
| Washington, D.C. 20004 | Ph:   804-346-5087 |
| Ph:   202-508-3490 | Fax:  804-346-5954 |
| Fax:  202-220-2290 | |
| | |
| Attorneys for General Motors Corporation | Attorneys for Circuit City Stores, Inc. |

- 2 -

- 3 -

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABLAISE LTD, | ) | Civil Action No.: 1:07-CV-01836 |
| | ) | |
| Plaintiff, | ) | Judge James Robertson |
| | ) | |
| v. | ) | |
| | ) | |
| NAVTEQ CORP. et al., | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that the Scheduling Conference is reset for April ___, 2008.

Dated this ____ of _____, 2008    _____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable James Robertson

MP-Primary 80004801.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2008, a true and correct copy of the foregoing **Consent Motion to Reschedule Scheduling Conference** was served via the ECF system to the following:

| | |
|---|---|
| Charles M. Allen | callen@goodmanallen.com |
| Kenneth W. Curtis | kenneth.curtis@finnegan.com |
| Linda J. Thayer | linda.thayer@finnegan.com |
| Phillip Craig Zane | pzane@bakerdonelson.com |

                                                        s/Patrick M. Arenz
                                                      Patrick M. Arenz