IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABLAISE, LTD., <br>         Plaintiff, <br><br> v. <br><br> NAVTEQ CORP., FEDEX CORP., FEDEX CORPORATE SERVICES, GENERAL MOTORS CORP., ALASKA AIR GROUP, INC., AND CIRCUIT CITY STORES, INC. <br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 1:07-CV-01836 <br><br> Judge James Robertson <br><br> [Filed Electronically] |

**NOTICE OF APPEARANCE OF COUNSEL FOR
DEFENDANTS FEDEX CORPORATION AND
<u>FEDEX CORPORATE SERVICES, INC.</u>**

Defendants FedEx Corporation and FedEx Corporate Services, Inc. file this Notice of Appearance, and hereby notify the Court and all parties of record that Jeffrey Allen Berkowitz of the law firm Finnegan, Henderson, Farabow, Garrett & Dunner LLP, is appearing as counsel for FedEx Corporation and FedEx Corporate Services, Inc. in the above-referenced matter. Full contact information is as follows:

>Jeffrey Allen Berkowitz (DC Bar No. 447089)
>Finnegan, Henderson, Farabow, Garrett &
>  Dunner LLP
>Two Freedom Square
>11955 Freedom Drive, Suite 800
>Reston, Virginia 20190
>Telephone: 571.203.2700
>Facsimile: 571.203.2777
>Email: jeffrey.berkowitz@finnegan.com

479954v1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 29, 2008 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
|  | /s/ Jeffrey Allen Berkowitz<br>Jeffery Allen Berkowitz (DC Bar No. 447089)<br>Finnegan, Henderson, Farabow, Garrett & Dunner LLP<br>Two Freedom Square<br>11955 Freedom Drive, Suite 800<br>Reston, Virginia 20190<br>Telephone: 571.203.2700<br>Facsimile: 571.203.2777<br>Email: jeffrey.berkowitz@finnegan.com |
|  | Attorneys for Defendants<br>FedEx Corporation and<br>FedEx Corporate Services, Inc. |