IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABLAISE, LTD., | ) | |
| Plaintiff, | ) | Civil Action No.: 1:07-CV-01836 |
| | ) | |
| v. | ) | Judge James Robertson |
| | ) | |
| NAVTEQ CORP., FEDEX CORP., FEDEX CORPORATE SERVICES, GENERAL MOTORS CORP., ALASKA AIR GROUP, INC., AND CIRCUIT CITY STORES, INC. | ) ) ) ) ) | [Filed Electronically] |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Kenneth W. Curtis of the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. hereby withdraws from the above-identified litigation. Please remove his name from the ECF electronic notice registration for this case. Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. and its attorneys Jeffrey Allen Berkowitz and Linda J. Thayer will continue to represent Defendants FedEx Corporation and FedEx Corporate Services, Inc.

Respectfully submitted,

Dated: February 29, 2008

FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.

By: /s/ Jeffrey Allen Berkowitz
Jeffery Allen Berkowitz (DC Bar No. 447089)
Finnegan, Henderson, Farabow, Garrett &
   Dunner LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, Virginia 20190
Telephone: 571.203.2700
Facsimile: 571.203.2777
Email: jeffrey.berkowitz@finnegan.com

Attorneys for Defendants
FedEx Corporation and
FedEx Corporate Services, Inc.