IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ablaise, Ltd.,<br><br>                 Plaintiff,<br><br>    v.<br><br>Navteq Corp., et al.,<br><br>                 Defendants. | Civil Action No.: 1:07-CV-01836<br><br>Judge James Robertson |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF**
**DEFENDANT GENERAL MOTORS CORP.**

      Having reached a settlement agreement, Plaintiff Ablaise Ltd. and Defendant General Motors Corp. hereby stipulate that Defendant General Motors Corp. be dismissed with prejudice from this case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| Dated:  July 1, 2008 | Respectfully submitted, |
|   s/ Phillip C. Zane |   s/ Jeffrey J. Downey |
| Phillip C. Zane #452939 | Jeffrey J. Downey #427010 |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. | THE LAW OFFICES OF JEFFREY J. DOWNEY |
| Lincoln Square, 6th Floor | 1225 I Street NW, Suite 600 |
| 555 Eleventh Street NW | Washington, DC  20005 |
| Washington, D.C. 20004 | 202-789-1110 |
| 202-508-3490 | jeffdowney@dmggroup.com |
| pzane@bakerdonelson.com | |
| | and |
| Of Counsel | |
| |   s/ Patrick M. Arenz |
| W. Edward Ramage | Ronald J. Schutz (admitted *pro hac vice*) |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. | Jake M. Holdreith (admitted *pro hac vice*) |
| | Cyrus A. Morton (admitted *pro hac vice*) |
| 1000 Commerce Center | Patrick M. Arenz (admitted *pro hac vice*) |
| 211 Commerce Street | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| Nashville Tennessee 37201 | 2800 LaSalle Plaza |
| 615-725-5771 | 800 LaSalle Avenue |
| eramage@bakerdonelson.com | Minneapolis, MN  55402-2015 |
| | 612-349-8500 |
| Attorneys for Defendant | pmarenz@rkmc.com |
| GENERAL MOTORS CORP. | |
| | Attorneys for Plaintiff ABLAISE LTD. |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Stipulation of Dismissal with Prejudice of General Motors Corp. was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following on this 1st day of July, 2008, unless otherwise noted:

      Linda J. Thayer
      Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
      Stanford Research Park
      3300 Hillview Avenue
      Palo Alto, CA 94304-1203
      *Counsel for Defendants FedEx Corp.*
      *and FedEx Corp. Services*

      Charles M. Allen
      Goodman Allen & Filetti, PLLC
      Suite 210
      4501 Highwoods Parkway
      Glen Allen, VA 23060
      *Counsel for Defendant Circuit City*

      Phillip C. Zane
      Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
      Lincoln Square, Sixth Floor
      555 Eleventh Street NW
      Washington, DC 20007
      *Counsel for Defendant General Motors*

      /s Patrick M. Arenz                              .
      Patrick M. Arenz
      pmarenz@rkmc.com
      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
      2800 LaSalle Plaza
      800 LaSalle Avenue
      Minneapolis, MN 55402
      Ph:  (612) 349-8500
      Fx:  (612) 339-4181
      *Counsel for Plaintiff*