**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABLAISE LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-1836 (JR) |
| NAVTEQ CORP., *et al.*, | : |
| Defendants. | : |

**ORDER**

For the administrative convenience of the Court, the parties having agreed informally on 4/22/08 to an informal stay pending developments in two other cases in which Ablaise is a party (No. 06-1014 and No. 06-1015), it is **ORDERED** that all proceedings in this case are **stayed**.


JAMES ROBERTSON
United States District Judge